B007

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 25- 22 Erie |
| ) | |
| v. ) | (18 U.S.C. §§ 2252(a)(2), 2252(a)(4)(B), |
| ) | 2252(b)(1), and 2252(b)(2))) |
| LAV ADAMOV ) | |
| ) | **[UNDER SEAL]** |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about January 13, 2025, to on or about May 15, 2025, in the Western District of Pennsylvania, the defendant, LAV ADAMOV, did knowingly receive any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce and such visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contain materials which have been mailed, shipped, or transported, by any means including by computer and the Internet.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).



FILED

JUL 2 2 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

In and around May 2025, in the Western District of Pennsylvania, the defendant, LAV ADAMOV, did knowingly possess and knowingly access with intent to view visual depictions, namely, images and videos in computer graphic and digital files, the production of which involved the use of prepubescent minors and minors who have not attained 12 years of age, as those terms are defined in Title 18, United States Code, Section 2256, all of which had been shipped and transported using any means or facility of interstate and foreign commerce, or were produced using materials which had been shipped and transported in interstate and foreign commerce, by any means, including by computer and the Internet.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

True Bill,    \*\*\*Foreperson Name Redacted

FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
CHRISTIAN A. TRABOLD
Assistant United States Attorney
PA ID No. 75013